**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mordechai Hofstatter on behalf of himself and all other similarly situated consumers,<br><br>Plaintiff,<br><br>v.<br><br>Convergent Healthcare Recoveries, Inc.,<br><br>Defendant. | Civil Action No.: 1:21-cv-04060-EK-JRC |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Mordechai Hofstatter, and Defendant, Convergent Healthcare Recoveries, Inc. ("CHRI"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against CHRI, with each side to bear their own fees and costs.

| | |
|---|---|
| */s/ Adam J. Fishbein* | */s/ Aaron R. Easley* |
| Adam J. Fishbein, Esq. | Aaron R. Easley, Esq. |
| Adam J. Fishbein, P.C. | SESSIONS, ISRAEL & SHARLTE, LLC |
| 735 Central Avenue | 3 Cross Creek Drive |
| Woodmere, NY  11598 | Flemington, NY 08822 |
| Telephone: (516) 668-6945 | Phone: (908) 237-1660 |
| Email: fishbeinadamj@gmail.com | Facsimile:  (877) 334-0661 |
| Attorneys for Plaintiff, | Email: aeasley@sessions.legal |
| Mordechai Hofstatter | *Attorneys for Defendant,* |
| | Convergent Healthcare Recoveries, Inc. |

1

## CERTIFICATE OF SERVICE

I certify that on December 15, 2021, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by ECF/CM and electronic mail.

                                              /s/ Aaron R. Easley
                                              Aaron R. Easley, Esq.